APRIL 5th. 2015
CLERK OF THE COURT OF
CRIMINAL APPEALS OF
TEXAS
P.O. BOX 12308 CAPITOL
STATION, AUSTIN, TEXAS
78711

IN RE, EX PARTE Vaughn B~
Birdwell

TRIAL COURT NO.
95-324-C
37,251-01

DEAR CLERK OF TCCA:
        IN reviewing my CASE docket
sheet in the 54th. Judicial District Court,
I HAVE found NO ENTRY for, or indication
OF the 11.07 habeas corpus NO. WR-37-251-01
THAT I FILED IN 1997 OR 1998.
        PLEASE LET ME KNOW the
disposition OF THAT CAUSE Number.

        Thank you,
        Vaughn Birdwell, #743908
        Hughes UNIT, RT. 2, Box 4400
        GATESVILLE, TEXAS 76597

        Date: 4-5-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 07 2015

Abel Acosta, Clerk